PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
11CR03562-001-MMA

DOCKET NUMBER (Rec. Court)
2:19-cr-00262-SVW

FILED
CLERK, U.S. DISTRICT COURT
04/26/19
CENTRAL DISTRICT OF CALIFORNIA
BY: DM DEPUTY

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Gonzalez, Francisco, Jr.<br>Central District of California | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>Michael M. Anello<br>Senior U.S. District Judge | |
| | DATES OF<br>supervised release | FROM 07/03/2014    TO 07/02/2019 |

**OFFENSE**

21 U.S.C. § 952 and 960, Importation of Methamphetamine, a Class A felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/14/2019
Date

Michael M. Anello
Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>CENTRAL</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

April 25, 2019
Effective Date

Virginia A. Phillips
United States District Judge